# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:15-mj-3039 |
| Jacarlvis Marable | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A preliminary hearing and detention hearing are scheduled as follows:

| Place: U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom 776 |
|---|---|
| | Date and Time: April 20, 2015 at 3:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 14, 2015

*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*