IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| vs. | ) | Case No. | 3:15-00063 |
| | ) | | Judge Trauger |
| JACARLVIS MARABLE | ) | | |

### MOTION TO CONTINUE SENTENCING HEARING

Comes now, G. Kerry Haymaker, counsel for Defendant, Jacarlvis Marable, and hereby moves this Honorable Court to continue the sentencing date in the above styled cause which is presently set for Monday, March 28, 2016. Counsel does not have a notary available on the date of this filing. As such, counsel will be filing an affidavit in support of this motion by Monday, March 21, 2016. The government has no objection to the granting of this motion.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

____/s G. Kerry Haymaker_____
G. Kerry Haymaker, B.P.R. #018695
The Court Square Building
300 James Robertson Parkway, Suite 300
Nashville, Tennessee 37201
(615) 250-0050

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 18th day of March, 2016.

____/s G. Kerry Haymaker_____
G. Kerry Haymaker